October 25, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

IN THE INTEREST OF S.L.M. AKA B.G.A.A., A CHILD

NO. 14-11-00578-CV

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on June 7, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**. We further order that each party shall pay its costs incurred by reason of this appeal.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.